# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH MIMNAUGH,**  *Plaintiff* <br> v. <br> **C R BARD INCORPORATED, et al.,** *Defendants.* | Case No. 2:19-cv-04166-JDW |

## ORDER

AND NOW, this 30th day of June, 2020, upon consideration of Defendants' Motion to Dismiss (ECF No. 23), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that this case is **DISMISSED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.